UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ALEXANDRA AXON, on behalf of herself
and all others similarly situated,

                        Plaintiff,

                                                    JUDGMENT
                                                    18-cv-4162 (ARR) (RML)

      v.

CITRUS WORLD, INC. and
FLORIDA'S NATURAL GROWERS, INC.,

                        Defendants.
------------------------------------------------------------ X

       An Opinion and Order of Honorable Allyne R. Ross, United States District Judge, having been filed on January 14, 2019, denying Plaintiff's motion to amend; and dismissing the complaint with prejudice; it is

       ORDERED and ADJUDGED that Plaintiff's motion to amend is denied; and that the complaint is dismissed with prejudice.

Dated: Brooklyn, NY                                           Douglas C. Palmer
       January 15, 2019                                   Clerk of Court

                                                                   By: /s/*Jalitza Poveda*
                                                                          Deputy Clerk